

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | August 13, 2026 |
| USA V. LOGAN TRIGG (8:26MJ360) | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District Of Nebraska | Kelli L. Ceraolo, AUSA |

Be advised that the defendant is now in custody.   You may now unseal as follows,

pursuant to Fed. R. Crim. P. 6(e)(4):

☐      Unseal the Indictment and any underlying Magistrate Judge case.

☐      Unseal the Magistrate Judge Case

☐      Unseal the Indictment but the underlying Complaint and Affidavit should remain

     **Restricted**

☒      Unseal the Magistrate Judge Case but the underlying Complaint Affidavit should remain

     **SEALED**